## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America ex rel. v. Cooke Inc.      Docket No.: 25-155

Lead Counsel of Record (name/firm) or Pro se Party (name): Andrew M. Wright / K&LGates LLP

Appearance for (party/designation): see attachment

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.   Please change the following parties' designations:
    Party                           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Andrew M. Wright
Firm: K&L Gates LLP
Address: 1601 K St. NW, Washington, DC 20006
Telephone: 202-778-9387                         Fax: 202-778-9100
Email: Andrew.wright@klgates.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Andrew M. Wright
Type or Print Name: Andrew M. Wright
       OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

**Appearance for (party/designation):** Defendant-Appellees Alpha VesselCo Holdings, Inc. (a/k/a Ocean Fleet Services, Inc.), Alpha VesselCo LLC (d/b/a Ocean Harvesters), Seth Gregory Dunlop, Gregory Lawson Dunlop, and Montgomery Deihl

**Corrected Short Caption:** United States of America ex rel. W. Benson Chiles and Chris Manthey v. Cooke Inc.