

April 24, 2025

**By ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square New York, NY 10007

**Re:** <u>*United States of America ex rel. v. Cooke Inc.,*</u> **No. 25-155**

Dear Ms. Wolfe:

I represent Defendants-Appellees Alpha VesselCo Holdings, Inc., Alpha VesselCo, LLC, Seth Dunlop, Gregory Dunlop, and Montgomery Deihl ("Ocean Defendants-Appellees") in the above-referenced appeal. Ocean Defendants-Appellees signed the Brief filed by Defendants-Appellees Cooke Inc., Cooke Aquaculture Inc., Cooke Omega Investments Inc., Cooke Seafood USA Inc., Omega Protein Corporation, Omega Protein, Inc., Glenn Cooke, and Bret D. Scholtes on April 17, 2025 (re-docketed on April 23, 2025). Through this submission, Ocean Defendants-Appellees respectfully confirm, pursuant to Federal Rule of Appellate Procedure 28(i), that they join in that brief.

                                            Respectfully submitted,

                                            <u>/s/ *Robert Silverblatt*</u>
                                                  Robert Silverblatt

cc: All Counsel of Record (via ECF)