## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America ex rel. v. Cooke Inc.  Docket No.: 25-155

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Daniel Fahrenthold

Firm: Holwell Shuster & Goldberg LLP

Address: 425 Lexington Avenue, New York, NY 10017

Telephone: 646-837-5151  Fax: 646-837-5150

E-mail: dfahrenthold@hsgllp.com

Appearance for: W. Benson Chiles and Chris Manthey / Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Brendon DeMay / Holwell Shuster & Goldberg LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Daniel Fahrenthold

Type or Print Name: Daniel Fahrenthold