# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August, two thousand twenty-six.

Before:      Richard C. Wesley,
             Joseph F. Bianco,
             Beth Robinson,
                  *Circuit Judges*.

_____

United States ex rel. W. Benson Chiles, United States ex rel. Chris Manthey,

        Plaintiffs-Appellants,

ABC, United States of America, ex rel.,

        Plaintiffs,

  v.

Cooke Inc., Cooke Aquaculture Inc., Cooke Omega Investments Inc., Cooke Seafood USA Inc., Omega Protein Corporation, Omega Protein, Inc., Glenn Cooke, Bret D. Scholtes, BMO Capital Markets Corp., Alpha VesselCo Holdings, Inc., also known as Ocean Fleet Services, Inc., Alpha VesselCo LLC., doing business as Ocean Harvesters, Seth Gregory Dunlop, Gregory Lawson Dunlop, Montgomery Deihl,

        Defendants-Appellees,

DEF,

        Defendant.

_____

**JUDGMENT**

Docket No. 25-155

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court